# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| ROBERT JOSEPH MORGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **JUDGMENT**<br>BRITTANY WOODS HOMEOWNERS ) **CASE NO. 5:12-CV-462-D**<br>ASSOCIATION, INC., TALIS MANAGEMENT )<br>GROUP, INC., RICHARD A. BLACK, THEODORA )<br>E. BLACK, DENNIS DEWITT LUCAS, AND )<br>BETTY VANESSA WATKINS, , )<br>)<br>Defendant. ) | |

**Decision by the Court:**

IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendant Brittany Woods Homeowners Association, Inc. and Talis Management Group, Inc.'s Motion to Dismiss [D.E. 25] and declines to exercise supplemental jurisdiction over any state law claims against any defendants. The Court DENIES Plaintiff's Motion for Temporary Restraining Order [D.E. 32]. Plaintiff may seek to pursue any state law claims against any defendant in state court. The Clerk shall close the case.

**THE ABOVE JUDGMENT WAS ENTERED TODAY**, **APRIL 8, 2013** WITH A COPY TO:

Robert Joseph Morgan, Pro se (via USPS to 6804 Daltrey Court, Raleigh, NC 27613)
David S. Coats (via CM/ECF electronic notification)
Richard and Theodora E. Black (via USPS to 114 Zinnia Lane, Garner, NC 27529)

| | |
|---|---|
| April 8, 2013 | JULIE A. RICHARDS, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/ Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |